## PATTERSON v. STATE.   (No. 7410.)

(Court of Criminal Appeals of Texas. Dec. 20, 1922.)

**Criminal law ⬤⟹1182—Conviction affirmed in absence of statement of facts or bills of exceptions where indictment and charge of court in proper form.**

Where, on appeal in a theft case, no statement of facts or bills of exceptions appear in the record and the indictment is in proper form and the charge of the court was in the usual form, a conviction will be affirmed.

Appeal from District Court, Wichita County; P. A. Martin, Judge.

Earl Patterson was convicted of theft and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Wichita county of theft of property of the value of more than $50, and his punishment fixed at two years in the penitentiary.

No statement of facts or bills of exception appear in the record. The indictment is in proper form, alleging the fraudulent acquisition by appellant of property therein described of the value of more than $50. The charge of the court is in the usual form.

No error appearing in the record, an affirmance is ordered.